UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUSTIN NELSON, on behalf of himself and   :
others similarly situated,

                                    :

                 Plaintiff,           Civil Action
     v.                         :         No. 26-11333-MPK

WHALECO INC.,                 :

                 Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant Whaleco Inc. in

the above-captioned action.  Pursuant to Local Rule 83.5.2(b), the undersigned is authorized to

receive all notices in this action.

Dated: May 2, 2026                    Respectfully submitted,
        Boston, Massachusetts

                                          /s/ Nigel Tamton
                                          Nigel Tamton (BBO #696396)
                                          SKADDEN, ARPS, SLATE,
                                             MEAGHER & FLOM LLP
                                          500 Boylston Street
                                          Boston, Massachusetts 02116
                                          (617) 573-4800
                                          nigel.tamton@skadden.com

                                          *Counsel for Defendant*
                                          *Whaleco Inc.*