UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUSTIN NELSON, on behalf of himself and     :
others similarly situated,

                                            :

                 Plaintiff,                        Civil Action
        v.                                  :      No. 26-11333-MPK

WHALECO INC.,                               :

                 Defendant.                 :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>DEFENDANT WHALECO INC.'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Whaleco

Inc. d/b/a Temu ("Temu"), by and through its undersigned counsel, hereby certifies that Temu is

indirectly, through private wholly owned subsidiaries, solely owned by PDD Holdings, Inc.

(NASDAQ: PDD). No other publicly-held corporation owns any stock in Temu.

Dated:  May 2, 2026                         Respectfully submitted,
        Boston, Massachusetts


                                            /s/ *Nigel Tamton*
                                            Nigel Tamton (BBO #696396)
                                            SKADDEN, ARPS, SLATE,
                                               MEAGHER & FLOM LLP
                                            500 Boylston Street
                                            Boston, Massachusetts 02116
                                            (617) 573-4800
                                            nigel.tamton@skadden.com

                                            *Counsel for Defendant*
                                            *Whaleco Inc.*