UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUSTIN NELSON, on behalf of himself and     :
others similarly situated,

                                               :

          Plaintiff,                        Civil Action
    v.                                      :     No. 26-11333-WGY

WHALECO INC.,                               :

          Defendant.                        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ASSENTED-TO MOTION PURSUANT TO LOCAL RULE 83.5.3 FOR PERMISSION TO PRACTICE BEFORE THIS COURT

Pursuant to Local Rule 83.5.3, and upon the annexed Certifications of Michael W. McTigue Jr. (Exhibit 1 hereto), Meredith C. Slawe (Exhibit 2 hereto) and Kevin S. Ranlett (Exhibit 3 hereto), I, Nigel Tamton, a member of the bar of this Court and one of the attorneys for Defendant Whaleco Inc., hereby move this Court to admit Michael W. McTigue Jr., Meredith C. Slawe and Kevin S. Ranlett to practice before this Court in the above-captioned action as counsel for Defendant Whaleco Inc.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned counsel hereby certifies that counsel for Defendant has conferred with counsel for Plaintiff, who assent to the relief sought by this Motion.

Dated:  May 7, 2026
       Boston, Massachusetts

                              Respectfully submitted,

                              /s/ *Nigel Tamton*
                              Nigel Tamton (BBO #696396)
                              SKADDEN, ARPS, SLATE,
                                MEAGHER & FLOM LLP
                              500 Boylston Street
                              Boston, Massachusetts 02116
                              (617) 573-4800
                              nigel.tamton@skadden.com

                              *Counsel for Defendant*
                              *Whaleco Inc.*