# EXHIBIT 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUSTIN NELSON, on behalf of himself and   :
others similarly situated,

                                  :

        Plaintiff,              Civil Action
   v.                       :         No. 26-11333-WGY

WHALECO INC.,                   :

        Defendant.       :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>CERTIFICATION OF MICHAEL W. MCTIGUE JR.</u>

MICHAEL W. MCTIGUE JR., hereby certifies pursuant to 28 U.S.C. § 1746 that:

1.     I am a Partner of the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for defendant Whaleco Inc. in the above-captioned action.

2.     I am a member in good standing of the New York Bar, the Supreme Court of New Jersey, and the Supreme Court of Pennsylvania. I am also a member in good standing of the following courts: United States Supreme Court, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Seventh Circuit, United States District Court for the District of Colorado, United States District Court for the Northern District of Illinois, United States District Court for the Eastern District of Michigan, United States District Court for the District of New Jersey, United States District Court for the Eastern District of Pennsylvania, United States District Court for the Middle District of Pennsylvania, United States District Court for the Western District of Pennsylvania, United States District Court for the Southern District of New York, United States District Court for the Eastern District of Wisconsin, and United States District Court for the Western District of Wisconsin.

3.      I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.      I have never had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

6.      I am familiar with the facts and legal issues presented in this case.

7.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I, Michael W. McTigue Jr., hereby certify under penalty of perjury that the foregoing is true and correct.  Executed on May 7, 2026 in New York, New York.

/s/ *Michael W. McTigue Jr.*
Michael W. McTigue Jr.
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
One Manhattan West
New York, New York 10001
(212) 735-3000
michael.mctigue@skadden.com

*Counsel for Defendant*
*Whaleco Inc.*