# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUSTIN NELSON, on behalf of himself and      :
others similarly situated,

                                             :

            Plaintiff,                       Civil Action
    v.                             :          No. 26-11333-WGY

WHALECO INC.,                      :

            Defendant.            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATION OF KEVIN S. RANLETT

KEVIN S. RANLETT, hereby certifies pursuant to 28 U.S.C. § 1746 that:

1.      I am Counsel at the law firm Skadden, Arps, Slate, Meagher & Flom LLP, counsel for defendant Whaleco Inc. in the above-captioned action.

2.      I am a member in good standing of the New York Bar, District of Columbia Bar, and Texas Bar. I am also a member in good standing of the following courts: United States Supreme Court, United States Court of Appeals for the Eight Circuit, United States Court of Appeals for the Eleventh Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Ninth Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Seventh Circuit, United States Court of Appeals for the Sixth Circuit, United States Court of Appeals for the Third Circuit, United States District Court for the District of Columbia, United States District Court for the Southern District of New York, United States District Court for the Northern District of Texas, United States District Court for the Southern District of Texas, and United States District Court for the Western District of Texas.

3.    I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

4.    There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.    I have never had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

6.    I am familiar with the facts and legal issues presented in this case.

7.    I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I, Kevin S. Ranlett, hereby certify under penalty of perjury that the foregoing is true and correct.  Executed on May 7, 2026 in Washington, D.C.

/s/ *Kevin S. Ranlett*
Kevin S. Ranlett
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
1440 New York Ave., NW
Washington, D.C. 2005
(202) 371-7000
kevin.ranlett@skadden.com

*Counsel for Defendant*
*Whaleco Inc.*