UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUSTIN NELSON, on behalf of himself and    :
others similarly situated,

                                       :

                Plaintiff,              Civil Action
     v.                          :          No. 26-11333-WGY

WHALECO INC.,                       :

                Defendant.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF APPEARANCE**

Please enter my appearance as counsel of record for Defendant Whaleco Inc. in

the above-captioned action.  Pursuant to Local Rule 83.5.2(b), Nigel Tamton of Skadden, Arps,

Slate, Meagher & Flom LLP is authorized to receive all notices in this action.

Dated: May 8, 2026                     Respectfully submitted,
       New York, New York

                                 /s/ *Michael W. McTigue Jr.*
                                 Michael W. McTigue Jr. *(pro hac vice)*
                                 SKADDEN, ARPS, SLATE,
                                   MEAGHER & FLOM LLP
                                 One Manhattan West
                                 New York, New York 10001
                                 (212) 735-3000
                                 michael.mctigue@skadden.com

                               *Counsel for Defendant*
                               *Whaleco Inc.*