UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JUSTIN NELSON, on behalf of himself and      :
others similarly situated,

                                      :

            Plaintiff,                  Civil Action
   v.                             :          No. 26-11333-WGY

WHALECO INC.,                    :

            Defendant.         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## <u>NOTICE OF APPEARANCE</u>

        Please enter my appearance as counsel of record for Defendant Whaleco Inc. in

the above-captioned action.  Pursuant to Local Rule 83.5.2(b), Nigel Tamton of Skadden, Arps,

Slate, Meagher & Flom LLP is authorized to receive all notices in this action.

Dated: May 8, 2026                   Respectfully submitted,
      New York, New York


                                   /s/ *Meredith C. Slawe*
                                   Meredith C. Slawe  *(pro hac vice)*
                                   SKADDEN, ARPS, SLATE,
                                     MEAGHER & FLOM LLP
                                   One Manhattan West
                                   New York, New York 10001
                                   (212) 735-3000
                                   meredith.slawe@skadden.com

                                   *Counsel for Defendant*
                                   *Whaleco Inc.*