UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
JUSTIN NELSON, on behalf of himself and       :
others similarly situated,

                                              :

                    Plaintiff,                       Civil Action
        v.                                    :      No. 26-11333-WGY

WHALECO INC.,                                 :

                    Defendant.                :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

Please enter my appearance as counsel of record for Defendant Whaleco Inc. in

the above-captioned action.  Pursuant to Local Rule 83.5.2(b), Nigel Tamton of Skadden, Arps,

Slate, Meagher & Flom LLP is authorized to receive all notices in this action.

Dated: May 8, 2026                            Respectfully submitted,
       Washington, D.C.


                                              /s/ *Kevin S. Ranlett*
                                              Kevin S. Ranlett *(pro hac vice)*
                                              SKADDEN, ARPS, SLATE,
                                                 MEAGHER & FLOM LLP
                                              1440 New York Ave., NW
                                              Washington, D.C. 20005
                                              (202) 371-7000
                                              kevin.ranlett@skadden.com

                                              *Counsel for Defendant*
                                              *Whaleco Inc.*