# EXHIBIT A

**From:**        Anthony Paronich
**To:**          McTigue Jr., Michael W (NYC)
**Subject:**     [Ext] Re: Nelson v. Whaleco
**Date:**        3/20/2026 1:54:00 PM
**CC:**
**BCC:**

**Message:**
Just filed and the number is correct.

----

Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Fri, Mar 20, 2026 at 1:12 PM McTigue Jr., Michael W <Michael.McTigue@skadden.com> wrote:

> Hi Anthony,
>
> It was good speaking with you yesterday.  Here is the waiver of service form.  Can you confirm that Plaintiff's number is 517-769-4094?
>
> Have a good weekend.
>
> Mike
>
> **Michael W. McTigue Jr.**
> Partner

1

2

**Skadden, Arps, Slate, Meagher & Flom LLP**

**One Manhattan West | New York | NY | 10001**
**T: +1.212.735.3529 | F: +1.917.777.3529**
**michael.mctigue@skadden.com**

Skadden

--------------------------------------------------------------------------------
This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=================================================================================
==========