# EXHIBIT D

**From:**      Anthony Paronich
**To:**        McTigue Jr., Michael W (NYC)
**Subject:**   [Ext] Re: Nelson v. Whaleco
**Date:**      4/17/2026 1:40:00 PM
**CC:**
**BCC:**

**Message:**
Mike,

We have completed our factual investigation with our client and write to respond to your April 7 and April 17 letters.

Your assertion that the subject number was used for business purposes is incorrect. The number at issue is a relatively new number assigned to the Nelsons in or about June 2025. The organization you reference was formed in 2023 and was associated with a different telephone number at that time. The number at issue here was never used in connection with that organization or for any business or organizational purpose.

With respect to the Jackson County Chamber of Commerce listing, our client did not submit or publish the subject number as a public business contact. She became aware—through independent investigation—that the Chamber had listed her new number without her authorization. Upon discovering this, she contacted the Chamber on March 11, 2026 and requested that the number be removed. She followed up again on April 7, 2026.

More broadly, your characterization of the number as a "business number" is not supported by the facts. The number was not used to coordinate events, solicit donations, communicate with customers, or for any commercial or organizational activity. Nor was it publicly disseminated by our client on social media, marketing materials, or otherwise. You'll learn this in discovery.

Accordingly, there was no "removal of evidence" in response to your letter, and any suggestion of spoliation is unfounded. The record will show that our client acted promptly to correct an unauthorized third-party listing once she became aware of it. We take those accusations seriously and look forward to addressing them in an actual Rule 11 pleading instead of a letter writing campaign while on a Waiver of Service that followed your client formally being served.


----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510

1

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Fri, Apr 17, 2026 at 10:36 AM McTigue Jr., Michael W <Michael.McTigue@skadden.com> wrote:

Hi Anthony,

Please see the attached letter.  Again, I am happy to discuss.

Mike

---

**From:** McTigue Jr., Michael W (NYC)
**Sent:** Tuesday, April 14, 2026 12:00 PM
**To:** 'Anthony Paronich' <anthony@paronichlaw.com>
**Subject:** RE: [Ext] Re: Nelson v. Whaleco

Really?

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, April 14, 2026 11:55 AM
**To:** McTigue Jr., Michael W (NYC) <Michael.McTigue@skadden.com>
**Subject:** [Ext] Re: Nelson v. Whaleco

We're waiting on your responsive pleading.

----

2

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Tue, Apr 14, 2026 at 11:54 AM McTigue Jr., Michael W <Michael.McTigue@skadden.com> wrote:

Checking in on this.

Thanks,

Mike

**From:** McTigue Jr., Michael W (NYC) <Michael.McTigue@skadden.com>
**Sent:** Tuesday, April 7, 2026 1:30 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>
**Subject:** Nelson v. Whaleco

3

Hi Anthony,

See attached.  I am happy to discuss.

Thanks,

Mike

---------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=====================================================================
===========

---------------------------------------------------------------------------

This email (and any attachments thereto) is intended only for use by the addressee(s) named herein and may contain legally privileged and/or confidential information. If you are not the intended recipient of this email, you are hereby notified that any dissemination, distribution or copying of this email (and any attachments thereto) is strictly prohibited. If you receive this email in error please immediately notify me at (212) 735-3000 and permanently delete the original email (and any copy of any email) and any printout thereof.

Further information about the firm, a list of the Partners and their professional qualifications will be provided upon request.

=====================================================================
==========

4