# EXHIBIT E

## Michele Nelson's Post



 **Michele Nelson**
December 25, 2025 · 🌐

· · ·

We will be closing Jackson County Hands United for the winter. We will be back up and running again in the Spring. By the time we reopen there should be a new and improved business model.  Hope everyone enjoys their holiday break!

👍 4    💬    ↪ 1                                                          👍❤️