# EXHIBIT G

11:16

 Jackson County Han...

Michele Nelson ✓ updated the group cover photo.
Sep 25, 2025 · 🌐 ◆ Admin

We are accepting orders for this shirt.



**Join group**

Home   Reels   Friends   Marketplace   Notifications   Profile