# EXHIBIT I



michelenelson213    Follow  ···

michelenelson213  46w
We are officially open for business. We are a nonprofit organization that promotes neighborhood watch safety. Some of the programs we do are Tree and Recycling Services. We also donate city bus tickets to those in need of transportation. We are working hard at making our community a better place. Follow us on Facebook. We have a group and a page. Search Jackson County Hands United.

#JacksonCountyHandsUnited #makingadifferencetogether #nonprofitsofinstagram #nonprofitorganizations

**No comments yet.**

Start the conversation.

May 26, 2025

Add a comment...