# EXHIBIT K

The Wayback Machine - https://web.archive.org/web/20251115022605/https://business.jacksonchamber.org/list/member/jackson-county-hands...



About   Events   Advocacy   Resources   Find a Member   Join The Chamber

# Jackson county Hands United

Event Calendar

JAXPO Business Showcase

Economic Summit 2025

National Civics Bee 2025 Community Awards

MLK Diversity Breakfast

Women's Week by Jackson County Chamber of Commerce

Golf Outing

AIQ: Artificial Intelligence Quotient Workshop

**Jackson county Hands United**

**Non-profit & Charitable Organizations/Foundations**

⊙ **50 S. Cooper St., Jackson, MI 49203**

⌕ **(517) 769-4094**

@ **Send Email**

⊕ **Visit Website**

**Hours:**

**Open 24/7**

## About Us

Jackson County Hands United strives to make people's lives better. We want to create a safer, cleaner community. We provide free resources, tree and recycling services. We are also starting up a wrestling camp, which will teach self-defense techniques.

## Highlights

- **Nonprofit Organization**

## Images

| **Company logo** | | **Board of Directors** |

## Rep/Contact Info



### Michele Nelson
### Founder/ Executive Director

**Phone: (517) 769-4094**

**Send an Email**

f

Jackson county Hands United | Non-profit & Charitable Organizations/Foundations



**Member Search**          **Join The Chamber**

## Sign Up

Sign up for Chamber updates.

**Sign Up**

## Contact

134 W Michigan Ave.
Jackson, MI 49201
517-782-8221



Website Powered by M3 Group