# EXHIBIT N

CONFIDENTIAL

| Telephone Number Research Report | 517-962-3724 |
| --- | --- |

| | | |
| --- | --- | --- |
| Date: | **5/08/2026** | ██████████  ██████████ |
| ██████  ██████  ████  ██████ | | |
| ████████  ████████████████ | | |

██████  ████████████████████████████████████████████
████████████████████████████████████████████████████
██████

██████████

██████████

## **Client Provided Information**

Phone Number:          **517-962-3724**

██████

██████

██████

██████████████

██████████████████

██████████████          ██████  ████████████

██████████████          ████████████████████████████

                                ██████████████

                                ██████████████

                                ██████

                                ██████████████

                                ██████████



CONFIDENTIAL



CONFIDENTIAL



CONFIDENTIAL

| ███████████ | | ██ | ████████ | ████████ | ████████ | ████████ |
|---|---|---|---|---|---|---|
| ███████████ | | ██ | ████████ | ████████ | ████████ | ████████ |
| ███████████ | | ██ | ████████ | ████████ | ████████ | ████████ |

**Notes:**



|  | Name | Phone | Dates |
|---|---|---|---|
| Name: | Rice, Lisa Ann | ████████████ | ████████████ |
| Address: | ██████████████████ | | |
| Name: | Rice, Richard Eugene | ████████████ | ████████████ |
| Address: | ██████████████████ | | |

4

CompliancePoint®
Litigation Support Services

CONFIDENTIAL

███████████

███████████          ████████

█████████████████          ██

████

████████████          ████████████████████████

████████████     ██████

    ██████          ███████████                              █████████

                   ████████████████████████

    ████          ██████████

    █████████     ████████████          ████████████████

████████████     ████████████

    ██████          ███████████                              █████████

                   ████████████████████████

    ████          ██████████

    █████████     ████████████          ████████████████

████



CONFIDENTIAL

Notice: The Public Records and commercial and proprietary data sources used to prepare this report have errors. Data is sometimes entered poorly and/or processed incorrectly and is generally not free from defect. This report should not be relied upon to be definitively accurate. Any data used in this report should be independently verified.

