# EXHIBIT O

CONFIDENTIAL

| Telephone Number Research Report | 517-769-4094 |
|---|---|

| Date: | **3/20/2026** | ███████ | ████████ |
|---|---|---|---|
| █████ | ██████ | | |
| ███████████ | █████████████████ | | |

███████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████
████

████████████████████

██████████

██████████

## **Client Provided Information**

Phone Number:      **517-769-4094**

██████

███████

██████

██████████████

██████████████████

██████████████      █████████████████████

█████████████      ██████████████████████

                                 ███████████

                                 ███████████

                                 ██████

                                 ███████████



CONFIDENTIAL





CONFIDENTIAL



| | Name | Phone Dates |
|---|---|---|
| Name: | Peavy, Jimmie Richard-Carl | ███████████████████████ |
| Address: | ███████████████████ | |
| Name: | Dowling, Michele Ryung | ███████████████████████ |
| Address: | ████████████████ | |
| Name: | Ostrander, Annette Jean | ████████     ██████████ |
| ██████ | ██████████████████ | |



CONFIDENTIAL



CONFIDENTIAL

Notice: The Public Records and commercial and proprietary data sources used to prepare this report have errors. Data is sometimes entered poorly and/or processed incorrectly and is generally not free from defect. This report should not be relied upon to be definitively accurate. Any data used in this report should be independently verified.

