# EXHIBIT P

 (1) Facebook



# Lisa Renfer-Rice (Lisa Renfer)

676 followers · 1.3K following

Message    Add friend    🔍 Search    ⌄

📷 Digital creator

---

All    About    Reels    Photos    Friends    More ▾    ···

## Personal details

🏠 **From Jackson, Michigan**

💘 Married to **Dick Rice**
Since June 8, 2004

⊚ Female

## Highlights





All relationships have one law. Never make the one you love feel alone, especially when you're there.

Collection

## Photos

See all photos

<https://www.facebook.com/lisa.renferrice>