# EXHIBIT Q

 **Lisa Renfer-Rice** · **Follow**
June 9, 2021 · 🌐

Our 17th  anniversary picture
Love you very much **Dick Rice**.
Can't wait to see where the next journey brings us
Thank you **Lauren Fitch**. My bff for taking this picture for us. We love you **See less**

···