# EXHIBIT R



# Lisa Renfer-Rice (Lisa Renfer)

675 followers • 1.3K following

🎒 Digital creator

Message | Add friend | 🔍 Search | ⌄

All    About    Reels    Photos    **Friends**    More ⌄    •••

## Friends

🔍 anne

**Friends**    Recently Added    Hometown    Followers    Following    Mutual Following

**Kimberlee Anne**
Baker College

Add friend

**Annette Osterander**

Add friend

**Annette Ostrander**
Jackson, Michigan

Add friend

**Sandy Jeanne**
Administrative Assistant II at City of Jackson, Michigan Government

Add friend

**Anne Eaton**
Works at Cabrefae ski resort

Add friend