# EXHIBIT DD

Dana J. Oliver, Esq. (SBN: 291082)
dana@danaoliverlaw.com
OLIVER LAW CENTER, INC.
8780 19th Street #559
Rancho Cucamonga, CA 91701
Telephone:  (855)384-3262
Facsimile:  (888)570-2021

Attorney for Plaintiff and Putative Class

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN NELSON, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>SHUTTERFLY, LLC<br><br>*Defendant*. | Case No. 3:26-cv-01900-AMO<br><br>**DECLARATION OF JUSTIN NELSON IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION TO TRANSFER** |

I, Justin Nelson, declare as follows:

1.    I am the Plaintiff in this action. I have personal knowledge of the facts stated herein and, if called as a witness, could and would testify competently thereto.

2.    Since approximately June 2025, I have been the subscriber and named account holder for the Cricket Wireless cellular account associated with telephone number (517) 769-XXXX (the "Number").

3.    Since approximately July 2025, the Cricket Wireless account associated with the Number has been solely in my name.

4.    I personally pay the wireless bills associated with the Number.

5.    Attached as Exhibit A is a true and correct copy of Cricket Wireless account and billing records associated with the Number.

6.    The Cricket Wireless records identify me as the account holder associated with the Number during the relevant time period.

7.    The Number is used primarily for personal and residential purposes.

8.    The Number is used for personal and household communications, including communications with friends and family, appointments, purchases, and other personal matters.

9.    Although my wife, Michele Nelson, regularly used the device associated with the Number, I also accessed the Number and the associated device.

10.    I personally viewed and read the Shutterfly text messages at issue in this lawsuit after they were received at the Number.

11.    Prior allegations or references in unrelated lawsuits identifying Michele Nelson as a user of the Number were not intended to disclaim my own ownership, subscription interest, access, use, or privacy interest in the Number.

DECLARATION OF JUSTIN NELSON

-1-

12. At one point, the Number was temporarily associated with Jackson County Hands United, a nonprofit organization.

13. Jackson County Hands United is not a for-profit business enterprise.

14. Any association between the Number and the nonprofit organization was incidental and temporary and was not done by myself or Ms. Nelson.

15. The Number was not used primarily as a business line.

16. I never provided Shutterfly with prior express invitation or permission to send marketing text messages to the Number.

17. To my knowledge, the Number had been listed on the National Do-Not-Call Registry since at least November 13, 2024.

18. I filed this lawsuit in the Northern District of California because Shutterfly is headquartered in this District and because I understand the conduct at issue originated from California.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 15th day of May, 2026.

_____

Justin Nelson

DECLARATION OF JUSTIN NELSON

-2-