**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JUSTIN NELSON | ) | |
| *on behalf of himself and* | ) | Civil Action No.: 26-11333-WGY |
| *others similarly situated*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WHALECO INC. | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSSION OF TIME TO FILE**
**OPPOSITION TO DEFENDANT WHALECO INC.'S MOTION TO DISMISS**

Plaintiff Justin Nelson respectfully moves for an extension of time to file his opposition to Defendant Whaleco Inc.'s Motion to Dismiss and states:

1. Counsel for the parties have conferred under LR 7.1 and agreed that Plaintiff may have an extension through June 9, 2026, to file his opposition to Defendant's Motion to Dismiss.

2. This requested extension is sought in good faith and not for purposes of delay.

3. Defendant assents to the relief requested herein.

WHEREFORE, Plaintiff respectfully requests that the Court extend the deadline for Plaintiff to file his opposition to Defendant's Motion to Dismiss through and including June 9, 2026, and grant such other and further relief as the Court deems just and proper.

1

2

Dated: June 3, 2026

PLAINTIFF, on behalf of himself
and others similarly situated,


*/s/ Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

2