**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| JUSTIN NELSON<br>*on behalf of himself and*<br>*others similarly situated*, | ) ) ) | Civil Action No.: 26-cv-11333 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| WHALECO INC. | ) ) | |
| Defendant. | ) ) ) | |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

The Plaintiff files this Notice of Dismissal without Prejudice pursuant to Fed. R. Civ. P.

41(a) with each party to bear its own costs and fees.

Respectfully Submitted,

Dated: June 8, 2026

/s/ *Anthony I. Paronich*
Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
(508) 221-1510
anthony@paronichlaw.com

*Attorneys for Plaintiff*

1